Case Name:   STOLZER, TSIPIORA J
      GRAHAM, TSIPIORA J
Case No:     06-71122

# CERTIFICATION OF REVIEW

  The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: May 10th, 2007      WILLIAM T. NEARY
              United States Trustee, Region 11


           BY: */s/ Carole J. Ryczek*
              CAROLE J. RYCZEK
              Attorney for the U.S. Trustee