**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN**

| | |
|---|---|
| IN RE: | |
| STOLZER, TSIPIORA J | CHAPTER 7 -- Liquidation |
| GRAHAM, TSIPIORA J | CASE NO. 06-71122 MB |
| Debtor(s) | HONORABLE MANUEL BARBOSA |

**TRUSTEE'S FINAL REPORT**

To: THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE
     FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS,
     WESTERN DIVISION

NOW COMES <u>BERNARD J. NATALE</u>, Trustee herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report and Account in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on <u>06/28/06</u>. The Trustee was appointed on <u>06/28/06</u>. The Trustee's case bond is in the amount of $<u>0.00</u>.

2. The Trustee certifies that he/she has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is <u>0.00</u>. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of 04/24/07 is as follows:

    a. RECEIPTS (See Exhibit C)      $      7,504.60

    b. DISBURSEMENTS (See Exhibit C)      $      0.00

    c. NET CASH available for distribution      $      7,504.60

    d. TRUSTEE/PROFESSIONAL COSTS

        1. Trustee compensation requested (See Exhibit E)      $      1,500.46

        2. Trustee Expenses (See Exhibit E)      $      0.00

        3. Compensation requested by attorney or other
professionals for trustee (See Exhibit F)      $      2,151.67

    e. Illinois Income Tax for Estate (See Exhibit G)      $

5. The Bar Date for filing unsecured claims expired on 01/12/07. The DIP report was filed on N/A. The Bar Date for filing DIP claims expired on N/A.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a. Allowed unpaid secured claims      $      0.00

    b. Chapter 7 Administrative and 28 U.S.C. §1930 claims      $      3,652.13

    c. Allowed Chapter 11 Administrative Claims      $      0.00

    d. Allowed priority claims      $      0.00

    e. Allowed unsecured claims      $      41,845.41

    f. Surplus return to debtor      $      0.00

7. Trustee proposes that unsecured creditors receive a distribution of 10.76% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant

or other professional was $0.00. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $2,151.67. The total of Chapter 7 professional fees and expenses requested for final allowance is $2,151.67.

9.    A fee of $0.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

10.    A fee of $0.00 was paid to a bankruptcy petition preparer for services rendered in connection with this case, and no basis appears to request an examination of these fees pursuant to 11 U.S.C. §110(h)(3).

   **WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.


Dated April 24, 2007                          RESPECTFULLY SUBMITTED,
:        _____

                                              By/s/ **BERNARD J NATALE**
                                              : _____
                                                 BERNARD J. NATALE, Trustee
                                                 BERNARD J NATALE, LTD
                                                 6833 STALTER DRIVE
                                                 SUITE 201
                                                 ROCKFORD, IL  61108
                                                 Telephone # (815) 964-4700

## TASKS PERFORMED BY TRUSTEE - TSIPIORA J STOLZER

The trustee conducted a first meeting of creditors. An initial report of trustee in an asset case was requested. Estate records were maintained. Throughout case administration annual reports have been prepared for the U S Trustee.

Production of necessary documents for case analysis and administration was conducted.

An analysis of the debtor's assets and exemption was undertaken. A potential broker was contacted to provide a fair market analysis of the debtor's homestead.

Claims were reviewed.

A final report was prepared. Upon approval of the report, distribution will be made to creditors. Thereafter, a final account will be prepared to close the case file.

EXHIBIT A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 06-71122 MB  
**Case Name:** STOLZER, TSIPIORA J  

**Period Ending:** 04/24/07

**Trustee:** (330370)   BERNARD J. NATALE  
**Filed (f) or Converted (c):** 06/28/06 (f)  
**§341(a) Meeting Date:** 08/03/06  
**Claims Bar Date:** 01/12/07  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1839 MELROSE ST ROCKFORD IL | 90,000.00 | 8,550.89 | | 7,500.00 | FA |
| 2 | CASH | 2.00 | 0.00 | DA | 0.00 | FA |
| 3 | CHECKING NATIONAL CITY | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | SAVINGS ABD CU | 20.00 | 0.00 | DA | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | CLOTHING | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | EMPLOYER PROVIDED PENSION PLAN | Unknown | 0.00 | DA | 0.00 | FA |
| 8 | 401K EMPLOYER PROVIDED | 12,371.87 | 0.00 | DA | 0.00 | FA |
| 9 | 2000 CHRYSLER LHS | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | JUDGMENT AGAINST MICHAEL GRAHAM | 4,510.00 | 210.00 | DA | 0.00 | FA |
| 11 | W/C CLAIM | Unknown | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 4.60 | Unknown |
| 12 | **Assets**     Totals (Excluding unknown values) | **$111,753.87** | **$8,760.89** | | **$7,504.60** | **$0.00** |

**Major Activities Affecting Case Closing:**

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-71122 MB  
**Case Name:** STOLZER, TSIPIORA J  

**Trustee:** (330370)    BERNARD J. NATALE  
**Filed (f) or Converted (c):** 06/28/06 (f)  
**§341(a) Meeting Date:** 08/03/06  

**Period Ending:** 04/24/07  
**Claims Bar Date:** 01/12/07

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**            **Current Projected Date Of Final Report (TFR):**

Printed: 04/24/2007 10:41 AM    V.9.02

# Form 2

# Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-71122 MB | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | STOLZER, TSIPIORA J | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****47-65 - Money Market Account |
| Taxpayer ID #: | 13-7558667 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 04/24/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/08/07 | {1} | UAW-DAIMLEYCHRYSLER LEGAL SERVICES PLAN | COMPROMISE | 1110-000 | 7,500.00 | | 7,500.00 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 2.65 | | 7,502.65 |
| 04/10/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 1.95 | | 7,504.60 |
| 04/10/07 | | To Account #********4766 | TRANSFER FOR TRUSTEE'S FINAL REPORT | 9999-000 | | 7,504.60 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **7,504.60** | **7,504.60** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 7,504.60 | |
| | | | **Subtotal** | | **7,504.60** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,504.60** | **$0.00** | |

{} Asset reference(s)

Printed: 04/24/2007 10:41 AM    V.9.02

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 06-71122 MB | | **Trustee:** | BERNARD J. NATALE (330370) |
| --- | --- | --- | --- | --- |
| **Case Name:** | STOLZER, TSIPIORA J | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****47-66 - Checking Account |
| **Taxpayer ID #:** | 13-7558667 | | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 04/24/07 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/10/07 | | From Account #********4765 | TRANSFER FOR TRUSTEE'S FINAL REPORT | 9999-000 | 7,504.60 | | 7,504.60 |
| | | | **ACCOUNT TOTALS** | | 7,504.60 | 0.00 | **$7,504.60** |
| | | | Less: Bank Transfers | | 7,504.60 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****47-65** | 7,504.60 | 0.00 | 0.00 |
| **Checking # ***-*****47-66** | 0.00 | 0.00 | 7,504.60 |
| | **$7,504.60** | **$0.00** | **$7,504.60** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN**

| | |
|---|---|
| IN RE:<br>STOLZER, TSIPIORA J | CHAPTER 7 -- Liquidation |
| GRAHAM, TSIPIORA J | CASE NO. 06-71122 MB |
| Debtor(s) | HONORABLE MANUEL BARBOSA |

**DISTRIBUTION REPORT**

I, <u>BERNARD J. NATALE</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 3,652.13 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims (507(a)(8)): | $ 0.00 |
| Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 3,852.47 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 7,504.60 |

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

a. $<u>3,652.13</u> for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM<br>NUMBER | CREDITOR | ALLOWED<br>REQUESTED | PROPOSED<br>ALLOWANCE |
|---|---|---|---|

**EXHIBIT D**

| | | | |
|---|---|---:|---:|
| EXP | BERNARD J. NATALE, LTD. | 36.67 | 36.67 |
| ATTY | BERNARD J. NATALE, LTD. | 2,115.00 | 2,115.00 |
| TRTE | BERNARD J. NATALE | 1,500.46 | 1,500.46 |
| | | TOTAL    $ | 3,652.13 |

b. $0.00 for Chapter 11 administrative expenses allowed under §503(b) as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| | | TOTAL    $ | 0.00 |

c. $0.00 for priority creditors, in the order specified in 11 U.S.C. §507(a)(2)-(9), itemized as follows:

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| | | TOTAL    $ | 0.00 |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 earned within 90 days of Petition: $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| | | TOTAL    $ | 0.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §507(a)(4) - Contributions to Employee Benefit Funds up to the extent of $4,000 per individual: $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| | | TOTAL    $ | 0.00 |

**EXHIBIT D**

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 per individual: $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) -Claims for alimony, maintenance or support: $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| Taxes §724(b) - Tax Liens: $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

**EXHIBIT D**

§507(a)(8) - Taxes - Unsecured Tax Claims excluding fines and penalties: $    0.00    0.00%

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, reimbursement claims et al. $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

    d. $3,852.47 for general unsecured creditors who have filed claims allowed in the total amount of $35,812.77, yielding a dividend of 10.76% as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) $ | 35,812.77 | 10.76% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Recovery Management Systems Corporation | 828.36 | 89.12 |
| 2 | Discover Bank/Discover Financial Services | 4,191.36 | 450.88 |
| 3 | Wrld Financial Ntwrk NtnlBnk-AmericanTV&Appliance | 2,422.42 | 260.59 |
| 4 | World Financial Network Ntnl Bnk-VictoriasSecret | 156.46 | 16.83 |
| 5 | Chase Bank USA, N.A. | 4,081.37 | 439.04 |
| 6 | Chase Bank USA, N.A. | 11,284.54 | 1,213.90 |
| 7 | Citibank (South Dakota). N.A. | 2,193.43 | 235.95 |
| 8 | Citibank (South Dakota) N.A. | 10,654.83 | 1,146.16 |
| | | TOTAL    $ | 3,852.47 |

    e. $0.00 for tardily filed unsecured claims allowed in the total amount of $6,032.64 yielding a dividend of 0.00% as itemized below:

**EXHIBIT D**

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims $ | 6,032.64 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 9 | Bank of America NA | 6,032.64 | 0.00 |
| | | TOTAL      $ | 0.00 |

    f.  $0.00 for fines and penalties

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL      $ | 0.00 |

    g.  $0.00 for interest

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL      $ | 0.00 |

    h.  $0.00 Subordinated General Unsecured Claims

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Subordinated General Unsecured Claims | $     0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL      $ | 0.00 |

    i.  $0.00 to the Debtor

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|

**EXHIBIT D**

| | | | |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | 0.00 | 0.00% |

$

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL $ | | 0.00 |

j. $0.00 for secured creditors

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Secured Creditors | 0.00 | 0.00% |

$

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL $ | | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

   WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: APRIL 24, 2007                     /s/ BERNARD J NATALE
                                          _____
                                          BERNARD J. NATALE, Trustee

**EXHIBIT D**