IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN

| | |
|---|---|
| IN RE:<br>STOLZER, TSIPIORA J | CHAPTER 7 -- Liquidation |
| GRAHAM, TSIPIORA J | CASE NO. 06-71122 MB |
| Debtor(s) | HONORABLE MANUEL BARBOSA |
| Social Security/Employer Tax ID<br>Number: xxx-xx-6336 | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:   U.S. BANKRUPTCY COURT
         211 South Court Street, Room 220
         Rockford, IL 61101

   on:   JUNE 6, 2007
   at:   9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $ | 0.00 | 36.67 |
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $ | 0.00 | 2,115.00 |
| BERNARD J. NATALE<br>Trustee | $ | 0.00 | 1,500.46 |

4. The Trustee's Final Report shows total:

   a. Receipts                               $       7,504.60

   b. Disbursements                          $           0.00

   c. Net Cash Available for Distribution    $       7,504.60

5.  In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $3,852.47, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $35,812.77, resulting in an approximate distribution of 10.76% to unsecured creditors, plus interest.

6.  The debtor has been discharged.

7.  The Trustee proposed to abandon the following property at the hearing:

    See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: April 24, 2007              For the Court,

                                  By /s/ BERNARD J NATALE

                                        Trustee

```
District/off: 0752-3           User: lorsmith              Page 1 of 2            Date Rcvd: May 14, 2007
Case: 06-71122                 Form ID: pdf002             Total Served: 39

The following entities were served by first class mail on May 16, 2007.
db          +Tsipiora J Stolzer,    1839 Melrose Street,    Rockford, IL 61103-4749
aty         +Philip H Hart,    UAW-DaimlerChrysler Legal Services Plan,    600 So State St  Ste 200,
              Belvidere, Il 61008-4329
tr          +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
              Rockford, IL 61108-2582
10796347     American,   P.O. Box 659705,    San Antonio, TX  78265-9705
10796348    +Associated Bank,    1305 Main Street,    Stevens Point, WI 54481-2898
10796349     Associated Loan Services Dept.,    P.O. Box 3022,    Milwaukee, WI  53201-3022
11138250     Bank of America NA,    Attn: Mr M-BK,    POB 53160,    Phoenix AZ 85072-3160
10796350    +Boone County Circuit Court,    601 N. Main Street,    Belvidere, IL 61008-2600
10796351     Capital One,   P.O. Box 30285,    SLC, UT  84130-0285
10796352     Capital One Bank,    P.O. Box 790216,    St. Louis, MO  63179-0216
10796354     Chase,   P.O. Box 15153,    Wilmington, DE  19886-5153
10796353     Chase,   P.O. Box 15298,    Washington, DE  19850-5298
10983215    +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
10796355     Chrysler Hourly Employees’,    Deferred Pay Plan,    1000 Chrysler Drive,
              Auburn Hills, MI  48326-2766
10796356    +Cingular Wireless,    5020 Ashgrove Road,    Springfield, IL 62711-6329
10796357    +Citi Cards,   P.O. Box 6000,    The Lakes, NV 89163-0001
11036964     Citibank (South Dakota) N.A.,    Exception Payment Processing,    P.O. Box 6305,
              The Lakes, NV 88901-6305
10999254    +Citibank (South Dakota). N.A.,    DBA: THE HOME DEPOT,    PO Box 9025,    Des Moines, IA 50368-9025
10796360     Home Depot,   P.O. Box 9100,    Des Moines, IA.  50368-9100
10796361    +Home Depot Store #1956,    1580 W. Lane Raod,    Machesney Park, IL 61115-1903
10796362     Jason Mowers,    1839 Melrose Street,    Rockford, IL  61103-4749
10796363     MBNA America,    P.O. Box 15026,    Wilmington, DE.  19850-5026
10796364     MBNA America,    P.O. Box 15287,    Wilmington, DE  19886-5287
10796368    +Old Navy,   P.O. Box 981400,    El Paso, TX 79998-1400
10796367     Old Navy,   P.O. Box 981064,    El Paso, TX  79998-1064
10796366     Old Navy,   P.O. Box 530942,    Atlanta, GA  30353-0942
10967100    +Recovery Management Systems Corporation,    For GE Money Bank,    dba Old Navy,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10796369     Sears Gold Mastercard,    P.O. Box 182156,    Columbus, OH.  43218-2156
10796371     Toys R Us,   P.O. Box 15153,    Wilmington, DE  19886-5153
10796370     Toys R Us,   P.O. Box 15298,    Wilmington, DE  19850-5298
10796373    +Verizon Wireless,    26935 Northwestern Hwy., Ste. 100,    Southfield, MI 48033-8449
10796376     Victoria Secret,    P.O. Box 659728,    San Antonio, TX.  78265-9728
10979005    +World Financial Network Ntnl Bnk-VictoriasSecret,    c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10979002    +Wrld Financial Ntwrk NtnlBnk-AmericanTV&Appliance,    c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339

The following entities were served by electronic transmission on May 15, 2007.
10796359    +E-mail/PDF: mrdiscen@discoverfinancial.com May 15 2007 03:15:02     Discover,   P.O. Box 30395,
              Salt Lake City, UT 84130-0395
10796358    +E-mail/PDF: ebndell@weltman.com May 15 2007 02:37:50     Dell Financial Services,
              12234 N. IH 35 SB,    Bldg. B,    Austin, TX 78753-1705
10969514    +E-mail/PDF: mrdiscen@discoverfinancial.com May 15 2007 03:15:02
              Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
10796374    +E-mail/PDF: bankruptcyverizonwireless@afninet.com May 15 2007 02:38:10     Verizon Wireless,
              777 Big Timber Road,    Elgin, IL 60123-1401
10796375     E-mail/PDF: bankruptcyverizonwireless@afninet.com May 15 2007 02:37:52     Verizon Wireless,
              P.O. Box 25506,    Lehigh Valley, PA  18002-5506
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Associated Bank
10796365     Michael Graham (former husband)
aty*        +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
              Rockford, IL 61108-2582
10796372*   +Tsipiora J. Stolzer,    1839 Melrose Street,    Rockford, IL 61103-4749
                                                                                   TOTALS: 2, * 2

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: lorsmith           Page 2 of 2               Date Rcvd: May 14, 2007
Case: 06-71122                Form ID: pdf002          Total Served: 39

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 16, 2007**                    **Signature:** _Joseph Speetjens_